UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESSICA KARIM,

                              **Plaintiff,**                            24-cv-136 (DEH) (VF)

        -against-                                              **ORDER**

MAI DESIREE, LLC,

                              **Defendant.**
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 9, 2024, Tina Mai, the owner of Defendant Mai Desiree, LLC, submitted a letter requesting that the Court reconsider or overlook this case. See ECF No. 7. The Court informs Ms. Mai that because a corporate entity, Mai Desiree, LLC, is the named defendant in this case, Ms. Mai cannot appear on its behalf because a corporate entity cannot appear pro se and represent itself in a civil litigation. Ms. Mai will therefore need to obtain counsel for Defendant Mai Desiree, LLC.

      Through counsel, Mai Desiree LLC is required to answer or otherwise respond to Plaintiff's complaint, the deadline for which is hereby extended to May 13, 2024. The Court further informs Ms. Mai that failure of Mai Desiree, LLC to appear in this case through counsel may result in the entry of a default judgment against Defendant.

      **SO ORDERED.**

DATED:    New York, New York
                April 11, 2024

                                                                                VALERIE FIGUEREDO
                                                                                United States Magistrate Judge